**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **CRYSTAL WARE et al.,** ) | CASE NO.:  1:24-CV-00665 |
| ) | |
| **Plaintiffs,** ) | |
| ) | **JUDGE J. PHILIP CALABRESE** |
| **v.** ) | |
| ) | |
| **MAYFIELD CITY SCHOOL DISTRICT** ) | |
| **BOARD OF EDUCATION et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**STIPULATED NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate the dismissal without prejudice claims against Defendant K&D Management, LLC. only.  All other Defendants remain.

Respectfully submitted:

| | |
|---|---|
| */s/ Isaac Tom Monah* | */s/ Hannah Markel Klang (per consent)* |
| Isaac Tom Monah (0098789) | Hannah Markel Klang (0090470) |
| Monah Law Office | Maria Fair (0087745) |
| 2000 Auburn Drive, Suite 200 | Christina Henagen Peer (0071579) |
| Beachwood, OH 44122 | Weston Hurd |
| T: 216-501-9119 | 1300 East Ninth Street |
| F: 216-378-7505 | Cleveland, Ohio 44114 |
| tom@monahlaw.com | Tel: (216) 687-3366 |
| *Counsel for Plaintiffs, Crystal Ware, K.T. and* | Fax: (216) 621-8369 |
| *Kr'Shawn Ware* | hklang@westonhurd.com |
| | mfair@westonhurd.com |
| | cpeer@westonhurd.com |
| | *Counsel for Defendants Mayfield City School District Board of Education* |

*/s/ Laurence Powers (per consent)*
Laurence J. Powers (0038658)
Powers Friedman Linn
25550 Chargin Blvd.
Cleveland, Ohio 44122
Tel: (216) 514-1180
lpowers@pfl-law.com
*Counsel for Defendants K&D Management, LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Isaac Tom Monah*
Isaac Tom Monah (0098789)
Monah Law Office

(*Counsel for Plaintiff, Crystal Ware and Kr'Shawn Ware*)